CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br>**David Scott Bliss**<br>DOB: 1968; U.S. Citizen | FILED ___ LODGED ___<br>RECEIVED ___ COPY ___<br><br>DEC - 7 2009<br><br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY: _____ DEPUTY | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**09-09712M** |

Complaint for violation of Title 21    United States Code §§ 841(a)(1) and 841(b)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 5, 2009, at or near Amado, in the District of Arizona, **David Scott Bliss,** did knowingly and intentionally possess with intent to distribute less than 5 grams of methamphetamine, that is, approximately 4.85 grams of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 5, 2009, USBP Agent Juan Uribe at the USBP checkpoint on I-19 near Amado, Arizona observed a 2006 white Chevrolet Silverado approach the USBP checkpoint. A USBP service canine alerted to the vehicle. The vehicle was then referred to secondary for further inspection. At secondary, the canine alerted again to the inside of the vehicle. USBP Agent Uribe asked the occupants of the vehicle if there was anything illegal in the vehicle that the Agent should be made aware of. Both occupants of the vehicle stated no. Further inspection of the vehicle resulted in a small plastic bag of marijuana, drug paraphernalia, and a small bag of crystal methamphetamine being found in the center console of the vehicle. The marijuana had a total weight of 24.0 GRAMS. The methamphetamine had a total weight of 4.85 GRAMS. Agent Uribe also found an AR-15 Semi-Automatic Assault Rifle with a bi-pod and home made silencer. An empty magazine was inserted into the rifle but no rounds were chambered or loaded into the magazine. BLISS stated to USBP Agent Uribe that the marijuana belonged to him but denied knowledge of the methamphetamine. BLISS also stated that the AR-15 was used for recreation and that he had constructed and affixed the silencer to the AR-15. BLISS was the driver of the vehicle. The marijuana was in a small bag separate of the methamphetmines. Both bags of drugs were found to be in the center console of the vehicle. [signature] 12/7/09.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>   Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>Kleiner/kc<br>AUTHORIZED BY: AUSA _____ | SIGNATURE OF COMPLAINANT<br>[signature]<br>OFFICIAL TITLE          Special Agent<br>Drug Enforcement Administration |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>[signature] | DATE<br>December 7, 2009 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54